UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRIAN ANTHONY DAVIS,

                    Plaintiff,                    20 **CIVIL** 6033 (VSB)(JLC)

      -v-                                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 4, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, plaintiff will have the opportunity to submit additional evidence and present new witnesses; the Administrative Law Judge ("ALJ") will take any action necessary to fully develop the administrative record; the ALJ will evaluate all of the evidence of record, including the opinion evidence; the ALJ will evaluate the severity of plaintiff's impairments, whether plaintiff's impairments meet or equal any listed impairments, plaintiff's residual functional capacity, and plaintiff's symptoms; and the ALJ will issue a new decision.

**Dated:**  New York, New York
          August 4, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                  **BY:**    K. Mango

                                                          **Deputy Clerk**